UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LOUIS G. BEARY, et al.,

    Defendants.

_____/

No. C 06-5838 PJH

**ORDER**

Before the court is plaintiff's administrative motion to extend time for service of process, in which plaintiff seeks an additional 90 days, until April 20, 2007, in which to serve process upon defendants.

Having considered the moving papers and applicable legal authority, and having found good cause, the court hereby GRANTS plaintiff's request. Plaintiff is granted until April 20, 2007, in which to effect service of process upon all defendants to this action.

**IT IS SO ORDERED.**

Dated: April 6, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge