UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LOUIS G. BEARY, et al.,

    Defendants.

_____/

No. C 06-5838 PJH

**ORDER DENYING MOTION TO EXTEND TIME OR IN THE ALTERNATIVE TO DISMISS**

Before the court is defendant Louis Beary's motion to extend time for cross complaints and other actions for six months, or in the alternative, motion to dismiss the instant action. Defendant seeks to have the court "extend the time on this case to October of 2007," or otherwise dismiss the action.

Defendant's motion is procedurally deficient. It is unclear, in the first instance, whether defendant seeks to present his motion as a motion to enlarge time in which to respond to the complaint, as a motion to stay the current action for several months, or as a motion to dismiss. The outcome is the same, however. If the court construes the motion as a motion to enlarge time, the motion is deficient because plaintiff has failed to file a proper supporting declaration, as required by Civil Local Rule 6-3. If, on the other hand, the court construes the motion as either a motion to stay or a motion to dismiss, then the motion is deficient for failure to comply with the notice requirements set forth in Civil Local Rule 7-2.

As such, the court hereby DENIES defendant's motion for failure to comply with the local rules. If defendant wishes the court to take his request under consideration, defendant is instructed to file a motion that complies with the requirements of the local rules

1  of this court.  In the alternative, defendant may raise his issues before the court at the case
2  management conference that is currently scheduled in this action, and which defendant is
3  ordered to attend.  The case management conference will take place on **May 17, 2007**, at
4  **2:30 p.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San
5  Francisco, California.

**IT IS SO ORDERED.**

Dated: April 20, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge