UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LOUIS G. BEARY, et al.,

        Defendants.

_____/

No. C 06-5838 PJH

**ORDER SETTING BRIEFING SCHEDULE**

        Before the court are several motions filed by numerous defendants. On May 11, 2007, defendant Louis Beary filed seven motions with the court, along with documents entitled "Acceptance of Oaths of Office and Constitutions." On May 25, 2007, several cross-defendants – various State of California entities – filed a motion to dismiss defendant Beary's cross-claim against the state entities.

        At the case management conference held on May 17, 2007, the court instructed the parties that no hearings would be held on any motions filed in this case. Accordingly, and pursuant to that order, the court finds the above motions suitable for decision without oral argument, and sets a briefing schedule with respect to the above, as follows:

1. With respect to defendant Beary's seven motions and corresponding "Acceptance of Oaths of Office and Constitutions," plaintiff the United States of America (and any cross-defendant to whom the motions apply) shall file an opposition brief no later than June 13, 2007. Defendant Beary shall file any reply brief no later than June 20, 2007.

2. With respect to the State of California cross-defendants' motion to dismiss defendant Beary's cross-claim, defendant Beary is ordered to file an

opposition brief no later than June 13, 2007.  Any reply brief shall be filed no later than June 20, 2007.

**IT IS SO ORDERED.**

Dated: May 31, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge