UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

LOUIS G. BEARY, et al.,

      Defendants.

_____/

No. C 06-5838 PJH

**ORDER RE BRIEFING RE PENDING MOTIONS**

On May 31, 2007, the court issued an order establishing a briefing schedule with respect to numerous motions filed the parties and currently pending before the court. Those motions include several filed by defendant Louis Beary, as well as a motion to dismiss defendant Beary's cross-claim, filed by the state government entity cross-defendants (a similar motion to dismiss defendant Beary's cross-claim has also been filed by the federal government entity plaintiff and cross-defendant). Pursuant to the court's order, opposition briefs to all motions were due for filing no later than June 13, 2007, and reply briefs to all motions were due no later than June 20, 2007. The court's review of the docket, however, reveals that despite these court-ordered deadlines, briefing on the motions is either tardy, or remains incomplete.

Specifically, the docket reveals:

1. With respect to defendant Beary's numerous motions, the federal government's opposition, which was due June 13, was not filed until June 25, 2007 (the state government entity's opposition brief *was* timely filed). Although the federal government has filed an administrative request seeking leave to file its opposition brief belatedly, this request was not made until June 28, 2007. Furthermore, and perhaps due

to the government's tardy filing, defendant Beary has failed to timely file any reply brief.

  2. With respect to the motions to dismiss defendant Beary's cross-claim, filed by both the federal and state government cross-defendants, to date no opposition brief has been filed by defendant Beary to either motion, nor have any reply briefs subsequently been filed by either of the government entity cross-defendants.

  Moreover, two additional motions are pending before the court, although not discussed in the court's May 31 order, neither of which is completely briefed. First, on May 16, 2007, the federal government filed a motion to strike defendant Beary's answer. To date, however, defendant Beary has failed to file any opposition brief to the motion, although he did file an "amended answer" on June 13, 2007. No motion to strike or other response to defendant Beary's "amended answer," has been filed. Second, on June 13, 2007, defendant Beary filed a motion to dismiss the federal government's lawsuit against him. The federal government filed an opposition brief on June 25, 2007. To date, however, defendant Beary has failed to file any reply, although pursuant to the normal 35-day briefing schedule set forth in civil local rules 7-2 and 7-3, he has until July 5, 2007, in which to do so.

  Despite the fact that briefing is either tardy or incomplete with respect to all of the above, in the interests of giving the parties the fullest opportunity to be heard and the court the benefit of fully briefed motions, the court will nonetheless grant the parties limited additional time in which to file their outstanding briefs. Specifically, the court orders as follows:

  1. No later than July 11, 2007, defendant Beary shall file a reply brief in support of his numerous motions filed May 11, 2007. In so holding, the court also GRANTS the federal government's request to file a belated opposition brief, although it places counsel on notice that no further requests for belated filings will be granted unless supported by good cause.

  2. No later than July 11, 2007, defendant Beary shall file an opposition brief to

both the federal and state government entities' motions to dismiss defendant Beary's cross-claim. The federal and state government entities shall file any reply briefs no later than July 18, 2007.

3. No later than July 11, 2007, defendant Beary shall file an opposition brief to the federal government's motion to strike defendant Beary's answer, explaining, if appropriate, how his "amended answer" cures the deficiencies noted in the government's motion to strike. The federal government shall file any reply brief no later than July 18, 2007.

4. Defendant Beary shall have until July 11, 2007, to file any reply brief in support of his motion to dismiss the federal government's action against him.

The court furthermore cautions the parties that failure to file their supporting briefs as instructed shall be grounds for treating opposing parties' arguments as conceded, where appropriate.

With respect to all other motions filed by the parties, all briefing shall be in accordance with the regular 35-day notice schedule provided for in the local rules. Moreover, as instructed at the case management conference held on May 17, 2007, no hearing will be held on any motion filed by the parties, with the exception of summary judgment motions.

**IT IS SO ORDERED.**

Dated: July 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

3