UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LOUIS G. BEARY, et al.,

    Defendants.
_____/

No. C 06-5838 PJH

**ORDER RE MOTION TO DELAY ALL ACTIONS**

On August 10, 2007, defendant Louis Beary filed a motion to delay all actions until he is released from the hospital, in which he states that he was admitted to the hospital on August 7, 2007 for chemotherapy treatments and *may* be hospitalized for the next two months. He requests that "this action" be delayed until one month after his release.

There are a number of pending motions in this case that are fully briefed, under submission, and have no hearings scheduled. As nothing further is needed from the parties to resolve these motions, there is no basis for withholding the court's ruling and it will issue in due course. As for the government's motion for default judgment and for summary judgment, which is also fully briefed and is set for hearing on August 22, 2007, the court finds that the motion is appropriate for decision without oral argument. Accordingly, that hearing is hereby VACATED. Accordingly, all motions that are currently fully briefed and pending, will be decided without a hearing.

As for future proceedings, because it is unclear from Mr. Beary's motion what specific aspect of the litigation he wants to delay, the court orders that no additional motions may be filed by any party and no discovery may be taken by any party for a period

1

1  of ninety (90) days from the date of this order.  If Mr. Beary seeks relief beyond this
2  conditional stay, he must support such request with a declaration and medical
3  documentation of his continued hospitalization or incapacitation.
4       IT IS SO ORDERED.
5  Dated: August 13, 2007

7  PHYLLIS J. HAMILTON
   United States District Judge