UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

    v.

LOUIS G BEARY, et al.,

    Defendant(s).

_____/

No. C 06-5838 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on November 1, 2007, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

In view of the suggestion of death of defendant Louis Beary filed by the government, the parties shall appear in person or through lead counsel and shall be prepared to discuss the scheduling of future proceedings in this matter. Case management statements need not be filed unless there is something to report other than the passing of Mr. Beary. All dates previously set in this case, including those in this court's September 14, 2007 order setting a schedule for further briefing on plaintiff's motion for summary judgment, are VACATED.

**SO ORDERED.**

Dated: October 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge