```
1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone: (415) 436-7000

7  Attorneys for United States of America
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-06-5838-PJH |
| Plaintiff, ) | |
| ) | STIPULATION TO |
| v. ) | VACATE DEFAULT ENTERED |
| ) | AGAINST KIMBERLEY BEARY |
| LOUIS G. BEARY, et al., ) | AND [~~PROPOSED~~] ORDER |
| Defendants. ) | |

The parties agree, subject to the Court's approval, as follows:

    1.    On June 26, 2007, the Clerk entered default against Defendant Kimberley Beary, individually and as Trustee of the Louis G. Beary and Kimberley Ann Beary Trust, for her failure to appear or otherwise defend in this action.

    2.    On October 30, 2007, Attorney Peter Churchill entered his appearance as counsel for Kimberley Beary individually and as Trustee.

    3.    The United States and Kimberley Beary, individually and as Trustee hereby stipulate to vacating the Entry of Default against Kimberley Beary, individually and as Trustee.

    4.    Defendant Kimberely Ann Beary, as an individual and as trustee, shall file a pleading responsive to the Complaint filed by the United States no later than November 30, 2007.

IT IS SO STIPULATED:

           SCOTT SCHOOLS
           United States Attorney

DATED: November 7, 2007        /s/ Cynthia Stier
           CYNTHIA L. STIER
           Assistant United States Attorney
           Attorney for the United States

DATED: November 8, 2007        /s/ Peter Churchill
           PETER CHURCHILL
           1682 Novato Blvd., Suite 350
           Novato, CA 94947
           Attorney for Kimberley Beary

ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1.    That the Default entered against Kimberley Beary, individually and as Trustee of the Louis G. Beary and Kimberley Ann Beary Trust, is vacated.

Dated: 11/9/07

           HONORABLE PHYLLIS J. HAMILTON
           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*/s/ Judge Phyllis J. Hamilton*

US v. Beary, No. C-06-5838-PJH
Stipulation to Vacate Default and
[Proposed] Order        2