PETER T. CHURCHILL, Esq.
A Professional Corporation
SB No. 219271
1682 Novato, Boulevard
Novato, CA 94947

Telephone: (415) 898-2600
Facsimile: (415) 892-1470

Attorney for Defendants
KIMBERLEY ANN BEARY,
KIMBERLEY ANN BEARY, TRUSTEE UDT

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS G. BEARY, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C-06-5838-PJH<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER |

UNITED STATES OF America, By and Through It's Counsel Cynthia Steir, and Kimberley Ann Beary and Kimberley Ann Beary Trustee of the Louis G. Beary and Kimberley Ann Beary Trust, By and Through Their Counsel Peter T Churchill, Represent, Agree and Stipulate as Follows:

1. The aforementioned parties have engaged in extensive Settlement discussions and meetings, and agree that a settlement is likely. However, due to the nature of the litigation and the requirements of governmental processes, it will take time for the details of settlement to be finally agreed upon and the necessary approvals obtained. Kimberley Ann Beary has produced draft tax returns for several of the years in question, and will produce the rest within two weeks. These must be reviewed by the IRS before specific settlement numbers can be agreed upon. Proposed Settlement documents would have to be reviewed by federal officials. This process will take time.

2. In it's minutes of November 1, 2007, the court has scheduled briefing upon the Summary Judgment Motion filed by the United States. Yet, the Motion, and briefing, would be rendered moot by Settlement. However, this briefing would take valuable time and resources which would be better devoted to furthering the Settlement process of the dispute between these parties, would interfere with the parties' ability to come to Settlement at all, and/or, at the very least, would cause delay in that process.

3. Therefore, these parties, who are the moving and opposing parties to the Motion, agree that the briefing and Motion should be continued for a period of 60 days, to enable the success of their Settlement efforts.

4. Accordingly, the parties agree to, and request the court to Order, that the Court's briefing schedule regarding the Summary Judgment Motion be amended by postponing briefing dates by 60 days, so that the United States' supplemental brief would be due by May 5, 2008, the opposition would be due by May 26, 2008, reply would be due by June 2, 2008, and the hearing would be continued to June 16, 2008.

IT IS SO STIPULATED:

JOSEPH R. RUSSONIELLO
United States Attorney

DATED:                          /S/
CYNTHIA L. STIER
Assistant United States Attorney
Attorney for the United States

DATED:                          /S/
PETER T. CHURCHILL
Attorney for Kimberley Ann Beary and
Kimberley Ann Beary Trustee, UDT

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1. That the Court's briefing schedule regarding the Summary Judgment Motion be amended by postponing briefing dates by 60 days, so that the United States' supplemental brief would be due by May 5, 2008, the opposition would be due by May 26, 2008, reply would be due by June 2, 2008, and the hearing would be continued to June ~~16~~ 18, 2008.

Dated: 3/4/08



_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Stipulation And [Proposed] Order
Case No. C-06-5939-PJH

3