JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney.
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney,
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney,
9th Floor Federal Building
450 Golden Gate Avenue,  Box 36055
San Francsico, CA 94102

Telephone: (415) 436-7000

Attorney for the United States Of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS G. BEARY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-5838-PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER |

　　　UNITED STATES Of America, By and Through It's Counsel Cynthia Stier, and

Kimberley Ann Beary Trustee UDT, By and Through Counsel Peter T Churchill, Represent,

Agree and Stipulate as Follows:

　　　1.　　By Order entered March 4, 2008, this Court previously granted the parties

stipulated request for a sixty-day continuance to engage in settlement negotiations.

　　　2.　　Since that time, the parties have continued to engage in settlement discussions

and have agreed in principle to a settlement.  However, the parties request additional time to

negotiate the amount of the tax liability.  Counsel for Kimberley Ann Beary, Trustee, has spent

considerable time and effort reconstructing the employment tax liability of Louis Beary from

incomplete records in an effort to reconcile these records with the estimated tax returns prepared

1  by the Internal Revenue Service in this case.  Although the parties have made substantial
2  progress on the computations, there remains a significant difference in their computations which
3  requires further negotiations.  The parties believe that these further negotiations will result in a
4  compromise figure for settlement purposes.

5      3.    In addition, due to the nature of the litigation and the requirements of
6  governmental processes, once the computations are agreed upon, it will take time for the
7  settlement offer to be presented to the Tax Division in Washington, D.C. for consideration and
8  final action.

9      4.    The court has scheduled briefing upon the Summary Judgment Motion filed by
10 the United States.  The Motion, and briefing, would be rendered moot by Settlement. However,
11 this briefing would take valuable time and resources which would be better devoted to furthering
12 the Settlement process and would interfere with the parties' ability to come to Settlement at all.

13     5.    Therefore, these parties, who are the moving agree that the briefing and Motion
14 should be continued for a period of 120 days, to enable the success of their Settlement efforts.

15     6.    Accordingly, the parties agree to, and request the court to Order, that the Court's
16 briefing schedule regarding the Summary Judgment Motion be amended by postponing briefing
17 dates by 120 days, so that the United States' supplemental brief would be due by September ~~1~~ 10,
18 2008, the opposition would be due by ~~September 22~~ October 1, 2008, reply would be due by October ~~6~~ 8,
19 2008, and the hearing would be continued to October ~~20~~ 22, 2008.

20 IT IS SO STIPULATED:
21
22                            JOSEPH R. RUSSONIELLO
                           United States Attorney
23
24 DATED: May 2, 2008                    /S/
25                            CYNTHIA L. STIER
                           Assistant United States Attorney
26                            Attorney for the United States
27
28 United States v.
Beary, et al.,
Case No. C-06-5838-PJH
Stipulation and [proposed] Order        2

1  DATED: May 2, 2008                              /S/

   PETER T. CHURCHILL
   Attorney for Kimberley Ann Beary and
   Kimberley Ann Beary Trustee, UDT

5  DATED: May 2, 2008                              /S/

   RICHARD CHARLES O'HARE
   Attorney for Lois Rust

9  DATED: May 2, 2008                              /S/

   RANDALL BORCHERDING
   Attorney for State of CA, E.D.D.
   and Franchise Tax Board

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1.  That the Court's briefing schedule regarding the Summary Judgment Motion be amended by postponing briefing dates by 120 days, so that the United States' supplemental brief would be due by September 10, 2008, the opposition would be due by October 1, 2008, reply would be due by October 8, 2008, and the hearing would be continued to October 22, 2008.

DATED: 5/5/08

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

United States v. Beary, et al.,
Case No. C-06-5838-PJH
Stipulation and [proposed] Order         3