UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

    v.

LOUIS G. BEARY, et al.,

    Defendants.
_____/

No. C 06-5838 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to the parties' stipulated request and Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference as soon as practicable.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

The briefing schedule and hearing date in connection with the parties' motions for summary judgment are furthermore suspended, pending resolution of the settlement conference. In the event no settlement is reached, the summary judgment motion schedule shall be re-instituted. A further case management conference will be scheduled for January 22, 2009 at 2:30 p.m., for calendar control purposes.

IT IS SO ORDERED.

Dated: September 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J