```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>LOUIS G. BEARY, et al.,<br><br>              Defendants. | No. C06-5838 PJH<br><br>STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Date: March 26, 2009<br>Time: 2:30 p.m. |

    The parties hereby stipulate that the Case Management Conference in this case, currently scheduled for January 22, 2009, at 2:30 p.m. be rescheduled to March 26, 2009, at 2:30 p.m. to allow the parties to appear for a second settlement conference before Magistrate Maria-Elena James, scheduled for March 11, 2009.  Accordingly, the parties will be in a better position to advise the Court of the status of this case in the event a settlement is not reached at the March 11, 2009 settlement conference.

                                            Respectfully submitted,

                                            JOSEPH RUSSONIELLO
                                            United States Attorney

Dated: *January 13, 2009*  :        */s/ Cynthia Stier*
                                            CYNTHIA STIER
                                            Assistant U.S. Attorney

                                            Attorneys for the United States of America

Dated: *January 13, 2009*        :        /s/
RICHARD CHARLES O'HARE

Dated: *January 13, 2009*        :        /s/
KAREN W. YIU
California State Attorney General's Office
    Attorney for State of CA Franchise Tax
Board and Employment Development
Department

Dated: : *January 13, 2009*        :        /s/
RICHARD CHARLES O'HARE
Beyers Costin
200 Fourth Street, Suite 400
P.O. Box 878
Santa Rosa, California 95402
    Attorney for Lois Rust

Dated: : *January 15, 2009*        :        /s/
PETER CHURCHILL
1682 Novato Blvd.
Suite 350 Novato, CA 94947
    Attorney for Kimberley Beary

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby rescheduled to March 26, 2009, at 2:30 p.m.

SO ORDERED

Dated: 1/16/09

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation to Reschedule
Case Mgmt. Conference and [proposed]
Order                                                 2