1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7   Attorneys for United States of America

8

9        **IN THE UNITED STATES DISTRICT COURT FOR THE**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **No. C06-5838 PJH** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **STIPULATION TO RESCHEDULE** |
| ) | **CASE MANAGEMENT** |
| **LOUIS G. BEARY, et al.,** ) | **CONFERENCE AND** |
| ) | **[~~PROPOSED~~] ORDER** |
| ) | |
| **Defendants.** ) | **Date: December 10, 2009** |
| ) | **Time: 2:30 p.m.** |
| ) | **Place: Federal Building** |
| ) | **San Francisco** |
| ) | **17th Floor** |
| ) | **Courtroom 3** |
| _____ ) | |

22      The parties hereby stipulate and agree, subject to the Court's approval, to the following:

23      The parties to this action, by and through their counsel, respectfully request that the

24   Court continue the Case Management Conference currently scheduled for August 13, 2009 at

25   2:30 p.m. to December 10, 2009 at 2:30 p.m., or such other date as the Court orders. The parties

26   have a settlement structure in place through settlement conferences with Magistrate Hon. Maria-

27   Elena James.  Defendant, Kimberley Beary is in the process of selling the real property which is

28   the subject of the action.  The property is under contract to be sold and the parties have agreed to

place the proceeds from the sale in an escrow account subject to settlement agreement or further

order of the court.  It is anticipated that escrow will close at the end of September, and that

distribution of the proceeds will occur pursuant to settlement agreement which will be facilitated

by further settlement conference with Magistrate James.  The additional time will allow the

escrow to close and present the opportunity for the remainder of the settlement to be agreed upon

and executed

IT IS SO STIPULATED:

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: _8/10/09_____:                          _/s/ Cynthia Stier_____
                                               CYNTHIA STIER
                                               Assistant U.S. Attorney
                                               Attorneys for the United States of America

Dated: _8/7/09_____:                          _/s/ Karen Yiu_____
                                               KAREN W. YIU
                                               California Attorney General's Office
                                               Attorney for State of CA Franchise Tax Board
                                               and Employment Development Department

Dated: : _8/10/09_____:                        _/s/_____
                                               RICHARD CHARLES O'HARE
                                               Beyers Costin
                                               200 Fourth Street, Suite 400
                                               P.O. Box 878
                                               Santa Rosa, California 95402
                                               Attorney for Lois Rust

Dated: : _8/10/09_____:                        _/s/_____
                                               PETER CHURCHILL
                                               1682 Novato Blvd.
                                               Suite 350 Novato, CA 94947
                                               Attorney for Kimberley Beary

US v. Beary, et al., Case No.06-5838-PJH
Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order

2

1    SO ORDERED:

2

3

4

5    Dated:___8/12/09_____

6    THE _____ HAMILTON
     UNITE _____ DGE



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   US v. Beary, et al., Case No.06-5838-PJH
     Stipulation to Reschedule
     Case Mgmt. Conf. and
     [Proposed] Order