JOSEPH RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7000

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 06-5838 PJH |
| Plaintiff,           ) | |
| v.           ) | STIPULATION and [~~PROPOSED~~] ORDER |
| LOUIS G. BEARY, et al.,           ) | |
| Defendants.           ) | |

     This Stipulation and Order Allowing Sale of Real Property Free and Clear of Liens is to be made effective as of August 24, 2009, between Plaintiff, United States of America, and Defendants, Kimberley A. Beary a/k/a Kimberley Ann Beary, both individually and as Trustee U.D.T. (Under Declaration of Trust);  State of California, Franchise Tax Board; State of California, Employment Development Department; Bank of America N.A.; and Lois Rust, and creditors Unifund CCR Partners and Columbia Credit Services, as follows:

     1.     Plaintiff, United States of America, on behalf of its agency the Internal Revenue Service, claims an interest in the subject real property described more fully below (hereinafter, "Subject Property") by virtue of its Notices of Federal Tax Lien recorded in the Official Records of Sonoma County.

     2.     Bank of America is a national banking association organized and existing under the laws of the United States of America and doing business in the State of California, and claims

1  an interest in the Subject Property by virtue of its Deed of Trust recorded in the Official Records
2  of Sonoma County, California on February 10, 1992.
3       3.     State of California, Franchise Tax Board claims an interest in the Subject Property
4  by virtue of its Tax Liens recorded in the Official Records of Sonoma County.
5       4.     State of California, Employment Development Department claims an interest in
6  the Subject Property by virtue of its Tax Liens recorded in the Official Records of Sonoma
7  County.
8       5.     Asta Funding Palisades Collection successor in interest to Providian National
9  Bank, holder and assignee of the judgment awarded to Providian Bank, has disclaimed any
10 interest in the Subject Property by virtue of its disclaimer filed January 8, 2007, in this action.
11       6.     Citibank South Dakota N.A. has disclaimed any interest in the Subject Property by
12  virtue of its disclaimer filed January 30, 2007, in this action.
13       7.     Lois Rust claims an interest in the Subject Property by virtue of its judgment
14 liens recorded in the Official Records of Sonoma County.
15       8.     Unifund CCF Partners c/o CIR Law Offices, LLP claims an interest in the
16 Subject Property by virtue of its judgment lien recorded in the Official Records of Sonoma
17 County.
18       9.     Columbia Credit Services, Inc. claims an interest in the
19 Subject Property by virtue of its judgment lien recorded in the Official Records of Sonoma
20 County.
21       10.    The Subject Property is commonly known as 8781 Petaluma Hill Road,
22 Penngrove, California, and is more particularly described as follow:

> AN UNINCORPORATED AREA IN THE COUNTY OF SONOMA, STATE OF CALIFORNIA: Beginning at a 8-inch by 8-inch post which marks the Southeast corner of a lot conveyed by C.F. Maass to Sophie C. Stenmetz, as recorded in Book 296 of Deeds, page 239, Sonoma County Records, which point of beginning is also the Northeast corner of the lot hereby conveyed, all being with Township 5 North, Range 7 West, County of Sonoma, State of California, run 200.00 feet South along the West boundary line of county Road to a wooden stake; thence continuing along said line of county Road, to a second wooden stake, 200.00 feet; thence 647.9 feet, North 89° 42' West, to a wooden stake at a board fence; thence 200.0 feet north 0 degrees 10' West, along board fence to a wooden stake; thence continuing North 0° 10' West 200.0 feet on said line to a stake at intersection of board fence and a wire fence; thence 649.3 feet, south 89° 42' East along wire fence, to a point of beginning on the County Road line.

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order    2

1   A.P. # 047-091-06.

2   IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, by and between Plaintiff, United States of America, and Defendants, Kimberley A. Beary a/k/a Kimberley Ann Beary, both individually and as Trustee U.D.T. (Under Declaration of Trust); State of California, Franchise Tax Board; State of California, Employment Development Department; Bank of America N.A.; and Lois Rust, and creditors Unifund CCR Partners and Columbia Credit Services, that:

A.   The Internal Revenue Service shall discharge the Subject Property from its Notices of Federal Tax Lien to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Notices of Federal Tax Lien filed against the Subject Property, provided that the Notices of Federal Tax Lien shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession after payment of the amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and priority as the Notices of Federal Tax Lien attached to the Subject Property; and Escrow Agent shall maintain the Net Proceeds in an interest-bearing account to be held in trust pending receipt of further order of the District Court.

B.   State of California, Employment Development Department shall release its Tax Liens to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Employment Development Department Tax Liens filed against the Subject Property, provided that the Employment Development Department's Tax Liens shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession after payment of the amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and priority as Tax Liens attached to the Subject Property; and Escrow Agent shall maintain the Net Proceeds in an interest-bearing account to be held in trust pending receipt of further order of the District Court.

C.   State of California, Franchise Tax Board shall release its Tax Liens to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Franchise Tax Board Tax Liens filed

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                3

1  against the Subject Property, provided that the Franchise Tax Board's Tax Liens shall attach to
2  the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession
3  after payment of the amounts described in paragraph G below ("Net Proceeds") to the same
4  extent, validity and priority as Tax Liens attached to the Subject Property; and Escrow Agent
5  shall maintain the Net Proceeds in an interest-bearing account to be held in trust pending receipt
6  of further order of the District Court.

7        D.     Lois Rust shall release its Judgment Liens to the extent required to allow
8  Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and
9  through the Escrow, free and clear of all Lois Rust's Judgment Liens filed against the Subject
10 Property, provided that the Lois Rust Judgment Liens shall attach to the Net Proceeds of the sale
11 of the Subject Property which remain in Escrow Agent's possession after payment of the
12 amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and
13 priority as the judgment liens attached to the Subject Property; and Escrow Agent shall maintain
14 the Net Proceeds in an interest-bearing account to be held in trust pending receipt of further order
15 of the District Court.

16       E.     Columbia Credit Services, Inc. ("Columbia" hereafter) shall release its Judgment
17 Lien to the extent required to allow Kimberley Beary to convey title to the Subject Property to
18 Buyer, pursuant to the Contract and through the Escrow, free and clear of all Columbia's
19 Judgment Lien filed against the Subject Property, provided that the Columbia Judgment Lien
20 shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow
21 Agent's possession after payment of the amounts described in paragraph G below ("Net
22 Proceeds") to the same extent, validity and priority as the judgment liens attached to the Subject
23 Property; and Escrow Agent shall maintain the Net Proceeds in an interest-bearing account to be
24 held in trust pending receipt of further order of the District Court.

25       F.     Unifund CCF Partners c/o CIR Law Offices, LLP ("Unifund" hereafter), shall
26 release its Judgment Lien to the extent required to allow Kimberley Beary to convey title to the
27 Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all
28 Unifund's Judgment Lien filed against the Subject Property, provided that the Unifund Judgment

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order    4

1  Lien shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow
2  Agent's possession after payment of the amounts described in paragraph G below ("Net
3  Proceeds") to the same extent, validity and priority as the judgment liens attached to the Subject
4  Property; and Escrow Agent shall maintain the Net Proceeds in an interest-bearing account to be
5  held in trust pending receipt of further order of the District Court.

6      G.  The parties hereby authorize Escrow Agent to pay from the sales proceeds
7  received in the Escrow, Bank of America, its successor or assignee, by virtue of its Deed of Trust
8  recorded in the Official Records of Sonoma County, California on February 10, 1992, also
9  identified in the Preliminary Title Report of First American Title Company dated June 17, 2009,
10 Item 5.  The costs, listed and described in the Escrow Agent's Statement of Settlement Costs,
11 will be subject to approval by counsel for the United States and for the State of California,
12 Employment Development Department and Franchise Tax Board, and will be addressed by
13 further order of the Court.

14     H.  In the event the Escrow is cancelled or terminated for any reason, other than the
15 failure of a party or parties to perform their obligation(s) as stated herein, this Stipulation
16 and the Order of the Court thereon shall be void, null and of no effect.

17     I.  This Stipulation and Order is intended to be, and shall be accepted by the escrow
18 agent, as escrow instructions.

19     J.  By signing below, each of the undersigned persons represents that he or she is
20 authorized to execute this Stipulation on behalf of the entity identified below and that he or she
21 fully understands its contents.

22     Respectfully submitted,

23     JOSEPH RUSSONIELLO
    United States Attorney
24

25 Dated: August 13, 2009 :    /s/ Cynthia Stier
    CYNTHIA STIER
26     Assistant U.S. Attorney

27
    Attorneys for the United States of America
28

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order    5

1  Dated: *August 4, 2009*   :          /s/
                                        KAREN W. YIU
2                                        California Attorney General's Office
                                        Attorney for State of CA Franchise Tax Board
3                                        and Employment Development Department

4

5  Dated: : *August 4, 2009*   :          /s/
                                        RICHARD CHARLES O'HARE
6                                        Beyers Costin
                                        200 Fourth Street, Suite 400
7                                        P.O. Box 878
                                        Santa Rosa, California 95402
8                                        Attorney for Lois Rust

9  Dated: : *August 4, 2009*   :          /s/
                                        PETER CHURCHILL
10                                       1682 Novato Blvd.
                                        Suite 350 Novato, CA 94947
11                                       Attorney for Kimberley Beary

12

13 Dated: : *August 12, 2009* :          /s/
                                        CIR Law Office, LLP
                                        8665 Gibss Drive, Ste. 150
14                                       San Diego, CA 92123
                                        Attorney for Unifund CCR Partners

15

16

17 Dated: : *August 5, 2009* :          /s/
                                        Hilco Receivables
                                        5 Revere Drive, Suite 206
18                                       Northbrook, IL 60062
                                        Attorney for Columbia Credit Services

19

20

21

22 SO ORDERED:

23

24

25 Dated: 8/19/09

                                        IT IS SO ORDERED
26                                       Judge Phyllis J. Hamilton
                                        THE HONORABLE PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE
27

28
   US v. Louis Beary, et. al.,
   Case No. C06-5838 PJH Stipulation
   and [proposed]
   Order                          6