1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for United States

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 06-5838-PJH |
| v. | ) | |
|  | ) | **EX PARTE APPLICATION TO REMOVE SETTLEMENT STATEMENT FROM DOCKET** |
| LOUIS G. BEARY, et al., | ) | and ~~[PROPOSED]~~ **ORDER** |
| Defendants. | ) | |

The United States requests that the Settlement Conference Statement (Docket No. 173) be removed from the docket as it was filed in error.

Respectfully submitted,

DATED: September 23, 2009        /s/ Cynthia Stier
                                 CYNTHIA STIER
                                 Assistant United States Attorney

**SO ORDERED**

Dated:  September 24, 2009       _____
                                 THE HONORABLE MARIA-ELENA JAMES
                                 UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court, Northern District of California]*

1