| | |
|---|---|
| 1 | CHRISTOPHER G. COSTIN (Bar No. 070501) |
| | BOB HAROCHE (Bar No. 139343) |
| 2 | BEYERS \| COSTIN |
| | 200 Fourth Street, Suite 400 |
| 3 | Post Office Box 878 |
| | Santa Rosa, California 95402-0878 |
| 4 | Telephone: (707) 547-2000 |
| | Facsimile: (707) 526-3672 |
| 5 | |
| | Attorneys for Defendant and Cross-Claimant Lois Rust |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, | Case No. C06-5838 PJH |
| 10 | Plaintiff, | [PROPOSED] ORDER RE DEFENDANT AND CROSS-CLAIMANT LOIS RUST'S REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE |
| 11 | v. | |
| 12 | LOUIS G. BEARY a/k/a LOUIS BERRY a/k/a LOUIS GEORGE BERRY a/k/a LOUIS G. BERRY, SR., et al. | |
| 13 | | DATE:           September 30, 2009 |
| 14 | Defendants. | TIME:           10:00 a.m. |
| | | COURTROOM:  B |
| 15 | | JUDGE:          Magistrate Judge Marie-Elena James |
| 16 | LOIS RUST, | |
| 17 | Cross-claimant, | |
| 18 | v. | |
| 19 | LOUIS G. BEARY a/k/a LOUIS BERRY a/k/a LOUIS GEORGE BERRY a/k/a LOUIS G. BERRY, SR.; KIMBERLEY A. BEARY a/k/a KIMBERLEY ANN BEARY; LOUIS G. BEARY and KIMBERLEY ANN BEARY, TRUSTEES, U.D.T. (Under Declaration of Trust); STATE OF CALIFORNIA, FRANCHISE TAX BOARD; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; BANK OF AMERICA N.A.; PROVIDIAN NATIONAL BANK; CITIBANK SOUTH DAKOTA, | |
| 25 | Cross-Defendants. | |

1

[PROPOSED] ORDER RE REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE BY LOIS RUST
Case No. C 06-5838 PJH
G:\5934\Pleadings\[Prop]OrderRqstNonAttendSC 2009-09-30.doc

The Court, having considered the Request to Excuse Attendance at Settlement Conference by Defendant and Cross-Claimant Lois Rust, filed with this Court as Docket No. 175, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Defendant and Cross-Claimant Lois Rust be excused from attending the Settlement Conference on September 30, 2009 at 10:00 a.m. in the above-captioned action.

Dated: September 25, 2009



The Honorable
United States

2

[PROPOSED] ORDER RE REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE BY LOIS RUST
Case No. C 06-5838 PJH

G:\5934\Pleadings\[Prop]OrderRqstNonAttendSC 2009-09-30.doc