```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone: (415) 436-7000
```

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C06-5838 PJH |
| Plaintiff, ) | |
| v. ) | STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| LOUIS G. BEARY, et al., ) | |
| Defendants. ) | Date: February 11, 2010<br>Time: 2:30 p.m.<br>Place: Federal Building<br>       Oakland |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for December 10, 2009 at 2:30 p.m. to February 11, 2010 at ~~2:30~~ 2:00 p.m., or such other date as the Court orders.

The parties have a settlement structure in place through settlement conferences with Magistrate Hon. Maria-Elena James. There is a scheduled sale of the real property and it is

//

//

//

1 anticipated that the closing will occur prior to January 15, 2010.  A further settlement conference
2 is scheduled before Judge James on February 2, 2010.

4 IT IS SO STIPULATED:

5 Respectfully submitted,

6 JOSEPH RUSSONIELLO
United States Attorney

8 Dated: 12/3/09   :   /s/ Cynthia Stier
CYNTHIA STIER
9 Assistant U.S. Attorney
Attorneys for the United States of America

11 Dated: 12/3/09   :   /s/ Karen Yiu
KAREN W. YIU
12 California Attorney General's Office
Attorney for State of CA Franchise Tax Board
13 and Employment Development Department

14 Dated: : 12/3/09   :   /s/
15 BOB HAROCHE
Beyers Costin
16 200 Fourth Street, Suite 400
P.O. Box 878
17 Santa Rosa, California 95402
Attorney for Lois Rust

18 Dated: : 12/3/09   :   /s/
19 TERRY TRAKTMAN
1682 Novato Blvd.
20 Suite 250 Novato, CA 94947
Attorney for Kimberley Beary

21 SO ORDERED:

23
Dated: 12/8/09
24 THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

28 US v. Beary, et al., Case No.06-5838-PJH
Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order