| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
|   | 9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California  94102 |
| 6 | Telephone: (415) 436-7000 |
| 7 | Attorneys for United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. C06-5838 PJH |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | STIPULATION TO RESCHEDULE |
| ) | CASE MANAGEMENT |
| LOUIS G. BEARY, et al.,  ) | CONFERENCE AND |
| ) | [~~PROPOSED~~] ORDER |
| ) | |
| Defendants.  ) | Date: March 4, 2010 |
| ) | Time: 2:00 p.m. |
| ) | Place: Federal Building |
| ) | Oakland, CA |
| ) | Courtroom 3, Third Floor |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for February 11, 2010, to March 4, 2010, at 2:00 p.m., or such other date as the Court orders.

The parties have a settlement structure in place through settlement conferences with Magistrate Hon. Maria-Elena James.  Defendant, Kimberley Beary is in the process of selling the real property which is the subject of the action.  There have been several sales which have not

been consummated. There is a current sale pending and it is anticipated that escrow will close on February 19, 2010. Accordingly, the parties request that the case management conference be held on March 4, 2010, at 2:00 p.m. after the close of escrow.

IT IS SO STIPULATED:

                                              Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: 2/1/10           :          */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

Dated: 2/1/10           :          */s/ Karen Yiu*
KAREN W. YIU
California Attorney General's Office
Attorney for State of CA Franchise Tax Board
and Employment Development Department

Dated: :2/1/10          :          */s/*
BOB HAROCHE
Beyers Costin
200 Fourth Street, Suite 400
P.O. Box 878
Santa Rosa, California 95402
Attorney for Lois Rust

//

//

//

US v. Beary, et al., Case No.06-5838-PJH
Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order

1
2  Dated: : *2/1/10*       :           /s/
                                       PETER CHURCHILL
3                                      1682 Novato Blvd.
                                       Suite 350 Novato, CA 94947
4                                      Attorney for Kimberley Beary

5  Dated: : *2/1/10*       :           /s/
                                       TERRY TRAKTMAN
6                                      1682 Novato Blvd.
                                       Suite 250 Novato, CA 94947
7                                      Attorney for Kimberley Beary

8  SO ORDERED:

9
10
11
12  Dated: 2/8/10
                                       _____
13                                     [IT IS SO ORDERED — Judge Phyllis J. Hamilton]
                                       HON. PHYLLIS J. HAMILTON
14                                     UNITED STATES DISTRICT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28  US v. Beary, et al., Case No.06-5838-PJH
    Stipulation to Reschedule
    Case Mgmt. Conf. and
    [Proposed] Order