1  JOSEPH RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-7000

7  Attorneys for United States of America

8

9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )
                                       )        No. 06-5838 PJH
13             Plaintiff,              )
                                       )
14      v.                             )        AMENDED STIPULATION and
                                       )        [PROPOSED] ORDER
15  LOUIS G. BEARY, et al.,            )
                                       )
16             Defendants.             )
    _____)

17

18       This Stipulation and Order Allowing Sale of Real Property Free and Clear of Liens is to

19  be made effective as of August 24, 2009, between Plaintiff, United States of America, and

20  Defendants, Kimberley A. Beary a/k/a Kimberley Ann Beary, both individually and as Trustee

21  U.D.T. (Under Declaration of Trust);  State of California, Franchise Tax Board; State of

22  California, Employment Development Department; Bank of America N.A.; and Lois Rust, and

23  creditors Unifund CCR Partners and Equable Assent Financial, LLC, as follows:

24       1.      Plaintiff, United States of America, on behalf of its agency the Internal

25  Revenue Service, claims an interest in the subject real property described more fully below

26  (hereinafter, "Subject Property") by virtue of its Notices of Federal Tax Lien recorded in the

27  Official Records of Sonoma County.

28       2.      Bank of America is a national banking association organized and existing under

the laws of the United States of America and doing business in the State of California, and claims an interest in the Subject Property by virtue of the Deed of Trust recorded in the Official Records of Sonoma County, California on March 2, 1992, Instrument No. 92-022702.

3.      State of California, Franchise Tax Board claims an interest in the Subject Property by virtue of its Tax Liens recorded in the Official Records of Sonoma County.

4.      State of California, Employment Development Department claims an interest in the Subject Property by virtue of its Tax Liens recorded in the Official Records of Sonoma County.

5.      Asta Funding Palisades Collection successor in interest to Providian National Bank, holder and assignee of the judgment awarded to Providian Bank, has disclaimed any interest in the Subject Property by virtue of its disclaimer filed January 8, 2007, in this action.

6.      Citibank South Dakota N.A. has disclaimed any interest in the Subject Property by virtue of its disclaimer filed January 30, 2007, in this action.

7.      Lois Rust and her attorneys Beyers Costin et al, claim an interest in the Subject Property by virtue of its judgment liens recorded in the Official Records of Sonoma County.

8.      Unifund CCF Partners c/o CIR Law Offices, LLP claims an interest in the Subject Property by virtue of its judgment lien recorded in the Official Records of Sonoma County.

9.      Equable Assent Financial, LLC, owner of the Judgment Lien of Columbia Credit Services, Inc., claims an interest in the Subject Property by virtue of Columbia Credit Services, Inc.'s judgment lien recorded in the Official Records of Sonoma County.

10.      The Subject Property is commonly known as 8781 Petaluma Hill Road, Penngrove, California, and is more particularly described as follow:

AN UNINCORPORATED AREA IN THE COUNTY OF SONOMA, STATE OF CALIFORNIA: Beginning at a 8-inch by 8-inch post which marks the Southeast corner of a lot conveyed by C.F. Maass to Sophie C. Stenmetz, as recorded in Book 296 of Deeds, page 239, Sonoma County Records, which point of beginning is also the Northeast corner of the lot hereby conveyed, all being with Township 5 North, Range 7 West, County of Sonoma, State of California, run 200.00 feet South along the West boundary line of county Road to a wooden stake; thence continuing along said line of county Road, to a second wooden stake, 200.00 feet; thence 647.9 feet, North 89° 42' West, to a wooden stake at a board fence; thence 200.0 feet

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                    2

north 0 degrees 10' West, along board fence to a wooden stake; thence continuing North 0° 10' West 200.0 feet on said line to a stake at intersection of board fence and a wire fence; thence 649.3 feet, south 89° 42' East along wire fence, to a point of beginning on the County Road line.

A.P. # 047-091-06.

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, by and between Plaintiff, United States of America, and Defendants, Kimberley A. Beary a/k/a Kimberley Ann Beary, both individually and as Trustee U.D.T. (Under Declaration of Trust); State of California, Franchise Tax Board; State of California, Employment Development Department; Bank of America N.A.; and Lois Rust, and creditors Unifund CCR Partners and Columbia Credit Services, that:

A.      The Internal Revenue Service shall discharge the Subject Property from its Notices of Federal Tax Lien to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Notices of Federal Tax Lien filed against the Subject Property, including those listed in Exhibit A hereto as liens number 4, 5, 15, 17, 18, 21, 22, 24, 25, 27-40, inclusive, and those Lis Pendens listed therein as item number 41, provided that the Notices of Federal Tax Lien shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession after payment of the amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and priority as the Notices of Federal Tax Lien attached to the Subject Property; and Escrow Agent shall disburse the net proceeds to:

> Clerk of the United States District Court
> Attention: Finance Section
> 16th Floor
> 450 Golden Gate Avenue
> San Francisco, CA 94102

The Clerk of the United States District Court shall maintain the net proceeds in an interest-bearing account pending receipt of further order(s) of the District Court.

B.      State of California, Employment Development Department shall release its Tax Liens to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Employment

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                         3

1  Development Department Tax Liens filed against the Subject Property, including those listed in

2  Exhibit A hereto as liens number 6, 7, 8, 10, 11, 12 and 14, provided that the Employment

3  Development Department's Tax Liens shall attach to the Net Proceeds of the sale of the Subject

4  Property which remain in Escrow Agent's possession after payment of the amounts described in

5  paragraph G below ("Net Proceeds") to the same extent, validity and priority as Tax Liens

6  attached to the Subject Property; and Escrow Agent shall disburse the net proceeds to:

7              Clerk of the United States District Court
             Attention: Finance Section
8            16th Floor
             450 Golden Gate Avenue
9            San Francisco, CA 94102

10     The Clerk of the United States District Court shall maintain the net proceeds in an

11  interest-bearing account pending receipt of further order(s) of the District Court.

12     C.     State of California, Franchise Tax Board shall release its Tax Liens to the extent

13  required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to

14  the Contract and through the Escrow, free and clear of all Franchise Tax Board Tax Liens filed

15  against the Subject Property, including those listed in Exhibit A hereto as liens number 9, 13, 44

16  and 45, provided that the Franchise Tax Board's Tax Liens shall attach to the Net Proceeds of the

17  sale of the Subject Property which remain in Escrow Agent's possession after payment of the

18  amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and

19  priority as the Tax Liens  attached to the Subject Property; and Escrow Agent shall disburse the

20  net proceeds to:

21              Clerk of the United States District Court
             Attention: Finance Section
22            16th Floor
             450 Golden Gate Avenue
23            San Francisco, CA 94102

24     The Clerk of the United States District Court shall maintain the net proceeds in an

25  interest-bearing account pending receipt of further order(s) of the District Court.

26     D.     Lois Rust, and her attorneys Beyers Costin, et al. shall release its Judgment Liens

27  to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer,

28

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                    4

1  pursuant to the Contract and through the Escrow, free and clear of all Lois Rust's Judgment

2  Liens filed against the Subject Property, including those listed in Exhibit A hereto as lien

3  numbers 16, 19, 20 and 23, provided that the Lois Rust Judgment Liens shall attach to the Net

4  Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession after

5  payment of the amounts described in paragraph G below ("Net Proceeds") to the same extent,

6  validity and priority as the judgment liens attached to the Subject Property; and Escrow Agent

7  shall disburse the net proceeds to:

8      Clerk of the United States District Court
    Attention: Finance Section

9      16th Floor
    450 Golden Gate Avenue

10      San Francisco, CA 94102

11      The Clerk of the United States District Court shall maintain the net proceeds in an

12  interest-bearing account pending receipt of further order(s) of the District Court.

13      E.    Equable Assent Financial, LLC, owner of the Judgment Lien of Columbia Credit

14  Services, Inc., shall release its Judgment Lien to the extent required to allow Kimberley Beary to

15  convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow,

16  free and clear of Columbia's Judgment Lien filed against the Subject Property,  including that

17  listed in Exhibit A hereto as lien number 42, provided that the said Judgment Lien shall attach to

18  the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession

19  after payment of the amounts described in paragraph G below ("Net Proceeds") to the same

20  extent, validity and priority as the judgment liens attached to the Subject Property; and Escrow

21  Agent shall disburse the net proceeds to:

22      Clerk of the United States District Court
    Attention: Finance Section

23      16th Floor
    450 Golden Gate Avenue

24      San Francisco, CA 94102

25      The Clerk of the United States District Court shall maintain the net proceeds in an

26  interest-bearing account pending receipt of further order(s) of the District Court.

27      F.    Unifund CCF Partners c/o CIR Law Offices, LLP ("Unifund" hereafter), shall

28

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order    5

release its Judgment Lien to the extent required to allow Kimberley Beary to convey title to the Subject Property to Buyer, pursuant to the Contract and through the Escrow, free and clear of all Unifund's Judgment Liens filed against the Subject Property,  including that listed in Exhibit A hereto as lien number 43, provided that the Unifund Judgment Lien shall attach to the Net Proceeds of the sale of the Subject Property which remain in Escrow Agent's possession after payment of the amounts described in paragraph G below ("Net Proceeds") to the same extent, validity and priority as the judgment liens attached to the Subject Property; and Escrow Agent shall disburse the net proceeds to:

> Clerk of the United States District Court
> Attention: Finance Section
> 16th Floor
> 450 Golden Gate Avenue
> San Francisco, CA 94102

The Clerk of the United States District Court shall maintain the net proceeds in an interest-bearing account pending receipt of further order(s) of the District Court.

G.  The parties hereby authorize Escrow Agent to pay from the sales proceeds received in the Escrow, Bank of America, successor to Security Pacific Bank, it's successor or assignee, by virtue of that Deed of Trust recorded in the Official Records of Sonoma County, California on March 2, 1992, as instrument 92-022702, and also identified in Exhibit A as Item 2.  The costs, listed and described in the Escrow Agent's Statement of Settlement Costs, which will be subject to approval by counsel for the United States and counsel for the State of California, Employment Development Department and Franchise Tax Board.

H.    In the event the Escrow is cancelled or terminated for any reason, other than the failure of a party or parties to perform their obligation(s) as stated herein, this Stipulation and the Order of the Court thereon shall be void, null and of no effect.

I.    This Stipulation and Order is intended to be, and shall be accepted by the escrow agent, as escrow instructions.

J.    By signing below, each of the undersigned persons represents that he or she is authorized to execute this Stipulation on behalf of the entity identified below and that he or she

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                                                6

1   fully understands its contents.

2                                           Respectfully submitted,

3                                           JOSEPH RUSSONIELLO
                                            United States Attorney
4
                                                /S/ Cynthis Stier
5   Dated: _____:
                                            _____
6                                           CYNTHIA STIER
                                            Assistant U.S. Attorney
7                                           Attorneys for the United States of America

8                                               /S/ Karen W. Yiu
    Dated: _____ :
9                                           _____
                                            KAREN W. YIU
10                                          California Attorney General's Office
                                            Attorney for State of CA Franchise Tax Board
11                                          and Employment Development Department

12                                              /S/ Bob Haroche
    Dated: : _____:
13                                          _____
                                            BOB HAROCHE
14                                          Beyers Costin
                                            200 Fourth Street, Suite 400
15                                          Santa Rosa, California 95402
                                            Attorney for Lois Rust, James Beyers,
16                                          Nancy Case, Beyers Costin (Successor to
                                            Beyers, Costin & Case)
17
                                                /S/  Peter Churchill
18  Dated: : _____:
                                            _____
19                                          PETER CHURCHILL
                                            1682 Novato Blvd., Ste. 250
20                                          Novato, CA 94947
                                            Attorney for Kimberley Beary
21                                              /S/ Tara Muren
    Dated: : _____:
22                                          _____
                                            TARA MUREN
23                                          CIR Law Office, LLP
                                            8665 Gibss Drive, Ste. 150
24                                          San Diego, CA 92123
                                            Attorney for Unifund CCR Partners
25
                                                /S/ Michael Walsh
26  Dated: _____:
                                            _____
27                                          MICHAEL WALSH, General Counsel
                                            Equable Assent Financial, LLC
28                                          1120 Lake Cook Road, Suite B
                                            Buffalo Grove, IL 60089

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                                7

1   SO ORDERED:

2

3

4   Dated:  2/12/10

5   THE                                                    HAMILTON
    UNIT                                                    JDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed] Order                        8