```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
       9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone: (415) 436-7000

7   Attorneys for United States of America
```

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C06-5838 PJH |
| Plaintiff, ) | |
| v. ) | STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| LOUIS G. BEARY, et al., ) | |
| Defendants. ) | Date: April 22, 2010<br>Time: 2:00 p.m.<br>Place: Federal Building<br>       Oakland |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for March 4, 2010, to April 22, 2010 at 2:00 p.m., or such other date as the Court orders.

The parties met with the Honorable Magistrate Hon. Maria-Elena James on February 23, 2010, for several hours in order to conduct further settlement negotiations. There is a scheduled sale of the real property and the parties anticipate that the closing will occur sometime in late February or early March, 2010. A further settlement conference is scheduled before Judge James on March 26, 2010.

IT IS SO STIPULATED:

                    Respectfully submitted,

                    JOSEPH RUSSONIELLO
                    United States Attorney

Dated: 2/23/10 :          /s/ Cynthia Stier
                    CYNTHIA STIER
                    Assistant U.S. Attorney
                    Attorneys for the United States of America

Dated: 2/23/10 :          /s/ Karen Yiu
                    KAREN W. YIU
                    California Attorney General's Office
                    Attorney for State of CA Franchise Tax Board
                    and Employment Development Department

Dated: 2/23/10            /s/
                    BOB HAROCHE
                    Beyers Costin
                    200 Fourth Street, Suite 400
                    P.O. Box 878
                    Santa Rosa, California 95402
                    Attorney for Lois Rust

Dated: :2/23/10          /s/
                    TERRY TRAKTMAN
                    1682 Novato Blvd.
                    Suite 250 Novato, CA 94947
                    Attorney for Kimberley Beary

SO ORDERED:

Dated: 3/1/10

                    THE HONORABLE PHYLLIS J. HAMILTON
                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

US v. Beary, et al., Case No. 06-5838-PJH
Stipulation to Reschedule
Case Mgmt. Conf. and
[Proposed] Order