UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

KIMBERLEY ANN BEARY, et al.,

    Defendant(s).
_____/

No. C 06-5838 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72, this matter is referred to Magistrate Judge James, who has been presiding over the settlement negotiations for months, to handle all issues arising from the settlement of this matter. Magistrate Judge James is authorized on behalf of the undersigned to approve and sign the property-related documents required by this very complicated settlement.

IT IS SO ORDERED.

Dated: March 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Magistrate Judge James