PETER T. CHURCHILL, Esq.
A Professional Corporation
SB No. 219271
1682 Novato, Boulevard, Ste. 250
Novato, CA 94947
Telephone: (415) 898-2600
Facsimile: (415) 892-1470

TERRY J. TRAKTMAN
Attorney At Law SB 115359
1682 Novato, Boulevard, Ste. 250
Novato, CA 94947
Telephone: (415) 893-0570
Facsimile: (415) 892-1470

Attorneys for Defendant
KIMBERLY ANN BEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES of AMERICA | Case No. C 06-5838 PJH |
| Plaintiffs, | ORDER UPON EX PARTE APPLICATION TO EXPUNGE LIEN |
| vs. | |
| LOUIS G. BEARY, et al. | |
| Defendants. | |
| And Related Cross-Actions. | |

DEFENDANT KIMBERLEY BEARY, through her attorneys, having brought an Ex Parte Application for the court the Expunge the Lien of Citibank, South Dakota, recorded against her Property at 8781 Petaluma Hill Road, Penngrove, California, and adequate notice having been given to counsel for Citibank, South Dakota, and the court having considered the Application and the arguments and evidence submitted therewith, as well as the records of the court on file in this case, the court Determines and Orders as follows:

1. That Kimberley Beary wishes to sell the Property, commonly known as 8781 Petaluma Hill Road, Penngrove, California, APN: 47-091-006-000, and more specifically described as:

> AN UNINCORPORATED AREA IN THE COUNTY OF SONOMA, STATE OF CALIFORNIA: Beginning at a 8-inch by 8-inch post which marks the Southeast corner of a lot conveyed by C.F. Maass to Sophie C. Stenmetz, as recorded in Book 296 of Deeds, page 239, Sonoma County Records, which point of beginning is also the Northeast corner of the lot hereby conveyed, all being with Township 5 North, Range 7 West, County of Sonoma, State of California, run 200.00 feet South along the West boundary line of county Road to a wooden stake; thence continuing along said line of county Road, to a second wooden stake, 200.00 feet; thence 647.9 feet, North 89° 42' West, to a wooden stake at a board fence; thence 200.0 feet north 0 degrees 10' West, along board fence to a wooden stake; thence continuing North 0° 10' West 200.0 feet on said line to a stake at intersection of board fence and a wire fence; thence 649.3 feet, south 89° 42' East along wire fence, to a point of beginning on the County Road line.
>
> Excepting therefrom any portion lying north of the line described in the boundary line agreement, executed by Antonio Tapia, et ux, and S. Silva, et ux. recorded December 21, 1978, in Book 3500 of official records at Page 292, Serial No. CT-59253, Sonoma County Records.

in order to facilitate settlement of this lawsuit, as agreed by the parties to this action and as heretofore Ordered by this Court;

2. That the Judgment Lien of Citibank, South Dakota, created by the recording of a Certified Copy of Citibank, South Dakotas's Judgment against Kimberley A. Beary in Sonoma County Superior Court Case MCV-180395, entered March 4, 2005, a certified copy of which was recorded with the County Recorder of Sonoma County on May 2, 2005 as instrument No. 2005-059808, stands as a cloud upon the title of, and obstacle to the efforts of, Kimberley Beary to sell her aforesaid property, by preventing the passage of Title to a new owner for value;

3. That Citibank, South Dakota, has filed a Disclaimer of Interest in said property as Response to the Complaint brought against it in this action, and by so filing, has disclaimed, denied and forfeited any and all property rights it might have with respect to said property, and that, as a consequence, has no claim to right, title or interest in said property;

4. That said Judgment Lien is hereby expunged from, and rendered of no force and effect upon, the Title to said Property, which is fully Released from said Judgment Lien, and recordation of this Order with the Recorder of Sonoma County shall be Notice of this release and expungement.

Dated: March 4, 2010

_____
THE HONORABLE MARIA ELENA JAMES
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

ORDER UPON EX PARTE APPLICATION TO EXPUNGE LIEN     2