1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America
   and the Internal Revenue Service
8

9              IN THE UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,    )   No. C06-5838 PJH
13                              )
           Plaintiff,            )
14                              )   **STIPULATION AND [PROPOSED] ORDER**
       v.                       )   **FOR DISBURSEMENT OF FUNDS HELD**
15                              )   **IN REGISTRY OF COURT  AND FOR**
   LOUIS BEARY, et al.,         )                    **DISMISSAL**
16                              )
   _____ Defendants.       )
17 _____)

18      Plaintiff, United States of America on behalf of its agency the Internal Revenue Service,

19 Defendants, Kimberley A. Beary a/k/a Kimberley Ann Beary, both individually and as Trustee

20 U.D.T. (Under Declaration of Trust) ("Beary Defendants"); State of California, Franchise Tax

21 Board; State of California, Employment Development Department; and Lois Rust, hereby

22 stipulate, pursuant to the terms of the settlement as set forth by the parties on the record at the

23 settlement conference held on March 26, 2010 before Hon. Magistrate Judge Maria-Elena

24 James:[1]

25
26
   [1] The United States, Franchise Tax Board, and Lois Rust have agreed to a $68.73
27 reduction in the amount payable to them pursuant to the settlement terms set forth on the record
   at the March 26, 2010 settlement conference. This reduction is the result of a mathematical error
28 and the parties have stipulated to a lesser amount to correct that error.

1

1. That the sum of $388,122.65, deposited into the registry of the Court on or about March 17, 2010, should be disbursed as follows:

    a. The sum of $306,261.01 shall be paid to the United States, by check payable to the United States of America, and sent to Assistant United States Attorney Cynthia Stier, 9th Floor Federal Building, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102;

    b. The sum of $36,930.82 shall be paid to the Rust Parties (Lois Rust; James Beyers; Nancy Case; Beyers Costin; Beyers, Costin & Case), by check payable to Byers Costin Client Trust Account, c/o Beyers Costin, 200 Fourth Street, Suite 400, P.O. Box 878, Santa Rosa, California 95402;

    c. The sum of $8,000, shall be paid to California Employment Development Department, by check payable to the California Employment Development Department, and sent to Karen W. Yiu, California Attorney General's Office, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

    d. The remainder of the deposit in the registry of the Court, with interest, in an amount not less than $36,930.82, shall be paid to the California Franchise Tax Board, by check payable to the California Franchise Tax Board, and sent to Karen W. Yiu, California Attorney General's Office, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

2. That the Complaint of the United States of America, and the Cross-Complaint of Defendant Lois Rust are hereby dismissed with prejudice, each party to bear his or her own costs and fees, and the Unites States of America and Lois Rust shall each file a Notice of Dismissal with Prejudice as to their claims.

3. That the Court shall retain jurisdiction over this case solely for the purpose of enforcing the terms of the settlement as set forth by the parties on the record at the settlement conference held on March 26, 2010.

IT IS SO STIPULATED:

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed]
Order                                      2

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | JOSEPH RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | Dated: 4/1/10 |
| 5 | */s/ Cynthia Stier*<br>CYNTHIA STIER<br>Assistant U.S. Attorney<br>Attorneys for the United States of America |
| 6 | |
| 7 | Dated: _____ |
| 8 | KAREN W. YIU<br>California Attorney General's Office<br>Attorney for State of CA Franchise Tax<br>Board and Employment Development<br>Department |
| 11 | |
| 12 | Dated: 4/1/10 |
| 13 | */s/ Bob Haroche*<br>BOB HAROCHE<br>Beyers Costin<br>200 Fourth Street, Suite 400<br>P.O. Box 878<br>Santa Rosa, California 95402<br>Attorney for Lois Rust |
| 16 | Dated: _____ |
| 17 | PETER CHURCHILL<br>1682 Novato Blvd.<br>Suite 350 Novato, CA 94947<br>Attorney for Kimberley Beary |
| 19 | SO ORDERED: |
| 22 | Dated: _____ |
| 23 | THE HONORABLE PHYLLIS J. HAMILTON<br>UNITED STATES DISTRICT JUDGE |
| 28 | US v. Louis Beary, et. al.,<br>Case No: C06-5838 PJH Stipulation<br>and [proposed]<br>Order |

3

|   |   |
|---|---|
| | Respectfully submitted, |
| | JOSEPH RUSSONIELLO<br>United States Attorney |
| Dated: _____: | |
| | _____<br>CYNTHIA STIER<br>Assistant U.S. Attorney<br>Attorneys for the United States of America |
| Dated: 4/1/10 : | *Karen Yiu* (signature)<br>_____<br>KAREN W. YIU<br>California Attorney General's Office<br>Attorney for State of CA Franchise Tax Board and Employment Development Department |
| Dated: : _____: | |
| | _____<br>BOB HAROCHE<br>Beyers Costin<br>200 Fourth Street, Suite 400<br>P.O. Box 878<br>Santa Rosa, California 95402<br>Attorney for Lois Rust |
| Dated: : _____: | |
| | _____<br>PETER CHURCHILL<br>1682 Novato Blvd.<br>Suite 350 Novato, CA 94947<br>Attorney for Kimberley Beary |
| SO ORDERED: | |
| Dated:_____ | _____<br>THE HONORABLE PHYLLIS J. HAMILTON<br>UNITED STATES DISTRICT JUDGE |

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed]
Order                                   3

|   |   |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
|   | JOSEPH RUSSONIELLO |
| 3 | United States Attorney |
| 4 | Dated: _____: |
| 5 | _____ |
|   | CYNTHIA STIER |
|   | Assistant U.S. Attorney |
|   | Attorneys for the United States of America |
| 6 | Dated: _____: |
| 7 | _____ |
|   | KAREN W. YIU |
|   | California Attorney General's Office |
| 8 | Attorney for State of CA Franchise Tax |
|   | Board and Employment Development |
| 9 | Department |

Dated: : 4/1/10 :

_____
BOB HAROCHE
Beyers Costin
200 Fourth Street, Suite 400
P.O. Box 878
Santa Rosa, California 95402
Attorney for Lois Rust

Dated: : _____:

_____
PETER CHURCHILL
1682 Novato Blvd.
Suite 350 Novato, CA 94947
Attorney for Kimberley Beary

SO ORDERED:

Dated:_____

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed]
Order                    3

| | |
|---|---|
| 1 | JOSEPH RUSSONIELLO |
| 2 | United States Attorney |
| 3  Dated: _____: | |
| 4 | CYNTHIA STIER |
|   | Assistant U.S. Attorney |
| 5 | Attorneys for the United States of America |
| 6  Dated: _____: | |
|   | KAREN W. YIU |
| 7 | California Attorney General's Office |
|   | Attorney for State of CA Franchise Tax |
| 8 | Board and Employment Development |
|   | Department |
| 9 | |
| 10 | |
| 11  Dated: : _____: | BOB HAROCHE |
|    | Beyers Costin |
| 12 | 200 Fourth Street, Suite 400 |
|    | P.O. Box 878 |
| 13 | Santa Rosa, California 95402 |
|    | Attorney for Lois Rust |
| 14  Dated: : 4/1/2010 | *[signature: Peter T. Churchill]* |
| 15 | PETER CHURCHILL |
|    | 1682 Novato Blvd. |
| 16 | Suite 350 Novato, CA 94947 |
|    | Attorney for Kimberley Beary |
| 17 | |
| 18  SO ORDERED: | |
| 19 | |
| 20 | |
| 21  Dated: 4/5/10 | |
| 22 | THE HONORABLE PHYLLIS J. HAMILTON |
|    | UNITED STATES DISTRICT COURT |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed, Judge Phyllis J. Hamilton]*

US v. Louis Beary, et. al.,
Case No. C06-5838 PJH Stipulation
and [proposed]
Order                                           3